IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

BARBARA PEEPLES,

        Plaintiff,

vs.

WYETH, INC. and
WYETH PHARMACEUTICALS INC.,

        Defendants.

Case No: 09-CV-1055

**JURY TRIAL DEMANDED**

## ORDER

Upon due consideration, it is hereby **ORDERED** that Defendants' Consent Motion for Extension of Time to Answer is **GRANTED**. The time for Wyeth to answer or otherwise respond to the complaint is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished pursuant to 28 U.S.C. § 1407.

                                                   United States District Court Judge

Copies to:
John Carey
Tiffany J. Marko
Harvey Kaplan
Angela Seaton
Julie R. Somora

3546559v1